[Doc. No. 15]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| JOSEPH L. CRANE,<br><br>               Plaintiff,<br><br>   v.<br><br>MAURICE ROSEMAN, M.D., et al.,<br><br>               Defendants. | Civil No. 07-3631-JBS-AMD |

**ORDER**

THIS MATTER having come before the Court by way of Motion by Defendants Mary Lang and Correctional Medical Services; and the Court having conducted a telephone conference on July 18, 2008, with Lisa J. Rodriguez, Esquire, and Nicole M. Acchione, Esquire, appearing on behalf of the Plaintiff; Paul J. Smyth, Esquire, appearing on behalf of the Defendants Mary Lang and Correctional Medical Services, and Sarah Brie Campbell, DAG, appearing; and all counsel having consented to withdrawing the pending motion to dismiss without prejudice; and for good cause shown:

IT IS on this 18th day of July 2008,

**ORDERED** that the motion to dismiss [#15] filed by Defendants Mary Lang and Correctional Medical Services shall be, and hereby is, **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that counsel for Plaintiff shall file a motion to amend no later than **September 30, 2008**; and it is further

**ORDERED** that the parties shall appear for a telephone status conference on **October 2, 2008 at 10:00 A.M.**.  Counsel for Plaintiff shall initiate the telephone call.


                                    s/ Ann Marie Donio
                                    ANN MARIE DONIO
                                    UNITED STATES MAGISTRATE JUDGE

cc: Hon. Jerome B. Simandle